## View Paycheck

**Ginevra Perna**

Company: TJU Hospitals, Inc.
Address: 111 S. 11th Street
Philadelphia, PA 19107-5587

Net Pay: $1,215.38
Pay Begin Date: 02/16/2020
Pay End Date: 02/29/2020
Check Date: 03/06/2020

### General

Name: Ginevra Perna
Employee ID: 000141835
Address: 213 Crest Way
King of Prussia, PA 19406

Business Unit: 209
Pay Group: TJH Biweekly
Department: 20970330 - CIM-Marcus Villanov
Location: Villanova Center
Job Title: Medical Assistant Certified
Pay Rate: $19.230000 Hourly

### Tax Data

Fed Tax Status: Head of Household
Fed Allowances: 0
Fed Addl Percent: 0.000
Fed Addl Amount: $0.00

PA Tax Status: Single
W/H Allows: 0
PA Addl Percent: 0.000
PA Addl Amount: $0.00

### Paycheck Summary

| Period | Gross Earnings | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,475.90 | 1,475.90 | 260.52 | 0.00 | 1,215.38 |
| YTD | 3,014.30 | 3,014.30 | 567.10 | 0.00 | 2,447.20 |

### Earnings

| Description | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|
| Regular | 76.75 | 19.230000 | 1,475.90 | 3,014.30 |
| Total: | 76.75 | | 1,475.90 | 3,014.30 |

### Taxes

| Description | Amount | YTD Amount |
|---|---|---|
| Fed Withholdng | 80.19 | 167.88 |
| Fed MED/EE | 21.40 | 43.71 |
| Fed OASDI/EE | 91.51 | 186.89 |
| PA Unempl EE | 0.89 | 1.81 |
| PA Withholdng | 45.31 | 92.54 |
| PA Local Taxes | | 0.00 |
| PA Local Taxes | 21.22 | 74.27 |
| Total: | 260.52 | 567.10 |

https://myhr.jefferson.edu/psc/hcmp/EMPLOYEE/HRMS/c/PY_EMPL_FL.PY_IC_PAY_I...   3/6/2020

## THOMAS JEFFERSON UNIVERSITY HOSPITAL

Ginevra Perna
213 Crest Way
King of Prussia, PA - 19406

| Pay Group: | HBI-TJH Biweekly | | Check #: | 0585791 |
|---|---|---|---|---|
| Pay Begin Date: | 02/02/2020 | Pay End Date: 02/15/2020 | Check Date: | 02/21/2020 |

### Tax Data

| | Marital Status | Allowances | Addl. Pct. | Addl. Amt. |
|---|---|---|---|---|
| Federal | H-of-H | 0 | | |
| PA State | Single | 0 | | |

### Hours and Earnings

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | 19.230000 | 80.00 | 1,538.40 | 80.00 | 1,538.40 | |
| | | Total: | 1,538.40 | | 1,538.40 | |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 87.69 | 87.69 |
| Fed MED/EE | 22.31 | 22.31 |
| Fed OASDI/EE | 95.38 | 95.38 |
| PA Unempl EE | 0.92 | 0.92 |
| PA Withholdng | 47.23 | 47.23 |
| PA Withholdng P | 53.05 | 53.05 |
| Total | 306.58 | 306.58 |

### Before-Tax Deductions

| Description | Curr | YTD |
|---|---|---|
| Totals: | 0.00 | 0.00 |

### After-Tax Deductions

| Description | Curr | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### Employer Paid Benefits

| Description | Curr | YTD |
|---|---|---|
| Total: | 0.00 | 0.00 |

### Totals

| Description | Curr | YTD |
|---|---|---|
| Gross: | 1,538.40 | 1,538.40 |
| Taxable Gross: | 1,538.40 | 1,538.40 |
| Taxes: | 306.58 | 306.58 |
| Deductions: | 0.00 | 0.00 |
| Net Pay: | 1,231.82 | 1,231.82 |

### Net Pay Distribution

| | | |
|---|---|---|
| Check # 0585791 | | 1,231.82 |
| *Taxable | | |

Employee I.D.: 03014835
Department: 20970330
Location: Villanova Center
Job Title: Medical Assistant Certified
Pay Rate: $19.230000

### YTD HOURS VAC / EFO SICK / EIB

Start Balance:
+ Earned:
- Taken:
Adjustments:

- - - - - REMOVE DOCUMENT ALONG THIS PERFORATION - - - - -