TJU Hospitals, Inc.
111 S. 11th Street
Philadelphia, PA 19107-5587

Pay Group: HBI-TJH Biweekly
Pay Begin Date: 03/15/2020
Pay End Date: 03/28/2020

Business Unit: 209
Advice #: 000000010115738
Advice Date: 04/03/2020

Ginevra Perna
213 Crest Way
King of Prussia, PA 19406

Employee ID: 000141835
Department: 20970330-CIM-Marcus Villanova Satellite
Location: Villanova Center
Job Title: Medical Assistant Certified
Pay Rate: $19.230000 Hourly

TAX DATA:
| | Federal | PA State |
|---|---|---|
| Marital Status: | H-of-H | Single |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 19.230000 | 80.00 | 1,538.40 | 316.75 | 6,091.11 |
| TOTAL: | | 80.00 | 1,538.40 | 316.75 | 6,091.11 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 71.82 | 327.39 |
| Fed MED/EE | 21.73 | 87.74 |
| Fed OASDI/EE | 92.90 | 375.17 |
| PA Unempl EE | 0.92 | 3.65 |
| PA Withholding | 45.53 | 185.30 |
| PA RADNOR TWP Withholding | 0.00 | 0.00 |
| PA PHILADELPHIA Withholding | 5.30 | 90.51 |
| TOTAL: | 238.20 | 1,069.76 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 46.62 | 46.62 |
| Dental | 5.80 | 5.80 |
| Vis | 2.91 | 2.91 |
| P.P403B | 92.30 | 92.30 |
| TOTAL: | 147.63 | 147.63 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Suppl STD | 4.26 | 4.26 |
| TOTAL: | 4.26 | 4.26 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Suppl STD* | 13.02 | 13.02 |
| Basic LTD* | 2.37 | 2.37 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,538.40 | 1,406.16 | 238.20 | 151.89 | 1,148.31 |
| YTD | 6,091.11 | 5,938.87 | 1,069.76 | 151.89 | 4,869.46 |

### NET PAY DISTRIBUTION

| Advice #000000010115738 | Account Type Checking | Deposit Amount $1,148.31 |
|---|---|---|
| TOTAL: | | $1,148.31 |

MESSAGE: Real time accrued leave balances can be found at MyTime.jefferson.edu

---

TJU Hospitals, Inc.
111 S. 11th Street
Philadelphia, PA 19107-5587

Date: 04/03/2020

Advice No. 10115738

Deposit Amount: $1,148.31

To The Account Of

GINEVRA PERNA
213 Crest Way
King of Prussia, PA 19406
Location: Villanova Center

## NON-NEGOTIABLE