UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| GINEVRA PERNA | : | |
| Debtor(s) | : | NO. 20-11709 AMC |

### CERTIFICATE OF SERVICE
### AMENDED PLAN TO SECURED, PRIORITY AND
### ADVERSELY AFFECTED CREDITORS

I, Kenneth E. West, Esquire, attorney for the above-debtor(s), hereby certify that on July 10, 2020, a copy of the Amended Chapter 13 Plan was served upon all creditors and the Trustee (either by regular mail or electronic delivery) to the mailing address that was listed on the original matrix or to the updated mailing address (or email address) as listed on the proof of claim.

Dated: July 10, 2020

*/s/ Kenneth E. West*
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:     610-446-9000
Fax No.:        610-449-5380
Counsel for Debtor(s)