UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Ginevra N Perna | Bankruptcy No.20-11709-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 13th day of July, 2020, by first class mail upon those listed below:

Ginevra N Perna
213 Crest Way
King of Prussia, PA  19406-3602

**Electronically via CM/ECF System Only:**

KENNETH E WEST ESQ
DOUGLASS WEST & ASSOCIATES
830 LANSDOWNE AVENUE
DREXEL HILL, PA  19026

/s/ *Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee