| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-11709-AMC

Ginevra N Perna
213 Crest Way
King of Prussia  PA    19406-3602

Petition Filed Date: 03/19/2020
341 Hearing Date: 04/24/2020
Confirmation Date: 08/19/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2020 | $565.00 | | 05/20/2020 | $565.00 | | 06/22/2020 | $565.00 | |
| 07/20/2020 | $565.00 | | 08/20/2020 | $565.00 | | 09/21/2020 | $565.00 | |
| 10/20/2020 | $565.00 | | 11/20/2020 | $565.00 | | 12/21/2020 | $565.00 | |
| 01/21/2021 | $565.00 | | 02/23/2021 | $565.00 | | 03/22/2021 | $565.00 | |
| 04/20/2021 | $565.00 | | 05/21/2021 | $565.00 | | | | |

**Total Receipts for the Period: $7,910.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,910.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Ginevra N Perna | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN CREDIT ACCEPTANCE »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | EDUCATIONAL CREDIT MGMT CORP »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | EXETER FINANCE CORPORATION »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $484.35 | $0.00 | $484.35 |
| 6 | QUANTUM3 GROUP LLC as agent for »» 006 | Unsecured Creditors | $994.72 | $0.00 | $994.72 |
| 7 | ASHLEY FUNDING SVCS LLC »» 007 | Unsecured Creditors | $168.50 | $0.00 | $168.50 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $1,285.48 | $0.00 | $1,285.48 |
| 9 | TD BANK USA NA »» 009 | Unsecured Creditors | $306.43 | $0.00 | $306.43 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $2,682.45 | $0.00 | $2,682.45 |
| 11 | SYNCHRONY BANK »» 011 | Unsecured Creditors | $539.40 | $0.00 | $539.40 |
| 12 | SYNCHRONY BANK »» 012 | Unsecured Creditors | $971.34 | $0.00 | $971.34 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,888.99 | $0.00 | $2,888.99 |
| 14 | SELECT PORTFOLIO SERVICING INC »» 014 | Mortgage Arrears | $19,744.01 | $7,237.65 | $12,506.36 |

| 0 | KENNETH E WEST ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,910.00 | Current Monthly Payment: | $565.00 |
| Paid to Claims: | $7,237.65 | Arrearages: | $0.00 |
| Paid to Trustee: | $672.35 | Total Plan Base: | $33,900.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.