UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CHAPTER 13 |
|  | : |  |
| GINEVRA PERNA | : |  |
| Debtor(s) | : | BANKRUPTCY NO. 20-11709 AMC |

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of the debtor, in the above-referenced matter.

Date:  9/15/21

_____
KENNETH E. WEST, ESQUIRE
830 Lansdowne Avenue
Drexel Hill, PA  19026
610-446-9000

## PRAECIPE TO ENTER APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the debtor, in the above-referenced matter.

Date:  9/21/21

_____
ROBERT HOLBER, ESQUIRE
41 E. Front Street
Media PA 19063
610-565-5463