Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-11709-AMC**

Ginevra N Perna  
213 Crest Way  
King of Prussia  PA     19406-3602

Petition Filed Date: 03/19/2020  
341 Hearing Date: 04/24/2020  
Confirmation Date: 08/19/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $565.00 | | 09/20/2022 | $565.00 | | 10/20/2022 | $565.00 | |
| 11/21/2022 | $565.00 | | 12/20/2022 | $565.00 | | 01/23/2023 | $565.00 | |
| 02/21/2023 | $565.00 | | 03/20/2023 | $565.00 | | 04/20/2023 | $565.00 | |
| 05/22/2023 | $565.00 | | 06/21/2023 | $565.00 | | 07/20/2023 | $565.00 | |

**Total Receipts for the Period: $6,780.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $22,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Ginevra N Perna | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN CREDIT ACCEPTANCE »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | EDUCATIONAL CREDIT MGMT CORP »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | EXETER FINANCE CORPORATION »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $484.35 | $44.14 | $440.21 |
| 6 | QUANTUM3 GROUP LLC as agent for »» 006 | Unsecured Creditors | $994.72 | $90.65 | $904.07 |
| 7 | ASHLEY FUNDING SVCS LLC »» 007 | Unsecured Creditors | $168.50 | $15.36 | $153.14 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $1,285.48 | $117.15 | $1,168.33 |
| 9 | TD BANK USA NA »» 009 | Unsecured Creditors | $306.43 | $27.93 | $278.50 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $2,682.45 | $244.46 | $2,437.99 |
| 11 | SYNCHRONY BANK »» 011 | Unsecured Creditors | $539.40 | $49.16 | $490.24 |
| 12 | SYNCHRONY BANK »» 012 | Unsecured Creditors | $971.34 | $88.52 | $882.82 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,888.99 | $263.28 | $2,625.71 |
| 14 | SELECT PORTFOLIO SERVICING INC »» 014 | Mortgage Arrears | $19,744.01 | $19,744.01 | $0.00 |
| 0 | KENNETH E WEST ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

| 0 | ROBERT H HOLBER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,600.00 | Current Monthly Payment: | $565.00 |
| Paid to Claims: | $20,684.66 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,915.34 | Total Plan Base: | $33,900.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.