| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-11709-AMC

Ginevra N Perna  
213 Crest Way  
King of Prussia  PA    19406-3602

Petition Filed Date: 03/19/2020  
341 Hearing Date: 04/24/2020  
Confirmation Date: 08/19/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $565.00 | | 09/20/2023 | $565.00 | | 10/23/2023 | $565.00 | |
| 11/21/2023 | $565.00 | | 12/20/2023 | $565.00 | | 01/23/2024 | $565.00 | |
| 02/21/2024 | $565.00 | | 03/20/2024 | $565.00 | | 04/22/2024 | $565.00 | |
| 05/20/2024 | $565.00 | | 06/21/2024 | $565.00 | | 07/22/2024 | $565.00 | |

**Total Receipts for the Period:  $6,780.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $29,945.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Ginevra N Perna | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN CREDIT ACCEPTANCE »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | EDUCATIONAL CREDIT MGMT CORP »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | EDUCATIONAL CREDIT MGMT CORP »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | EXETER FINANCE CORPORATION »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $484.35 | $331.00 | $153.35 |
| 6 | QUANTUM3 GROUP LLC as agent for »» 006 | Unsecured Creditors | $994.72 | $679.81 | $314.91 |
| 7 | ASHLEY FUNDING SVCS LLC »» 007 | Unsecured Creditors | $168.50 | $115.15 | $53.35 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $1,285.48 | $878.52 | $406.96 |
| 9 | TD BANK USA NA »» 009 | Unsecured Creditors | $306.43 | $209.43 | $97.00 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $2,682.45 | $1,833.23 | $849.22 |
| 11 | SYNCHRONY BANK »» 011 | Unsecured Creditors | $539.40 | $368.63 | $170.77 |
| 12 | SYNCHRONY BANK »» 012 | Unsecured Creditors | $971.34 | $663.83 | $307.51 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,888.99 | $1,974.39 | $914.60 |
| 14 | SELECT PORTFOLIO SERVICING INC »» 014 | Mortgage Arrears | $19,744.01 | $19,744.01 | $0.00 |

**Chapter 13 Case No. 20-11709-AMC**

| 0 | KENNETH E WEST ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT H HOLBER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,945.00 | Current Monthly Payment: | $565.00 |
| Paid to Claims: | $26,798.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,638.50 | Total Plan Base: | $33,900.00 |
| Funds on Hand: | $508.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.