Certificate Number: 03621-PAE-DE-039401668

Bankruptcy Case Number: 20-11709


03621-PAE-DE-039401668

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 4, 2025</u>, at <u>11:18</u> o'clock <u>AM EST</u>, <u>Ginevra N Perna</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>March 4, 2025</u>            By:     <u>/s/Ashley Bradley</u>

Name:   <u>Ashley Bradley</u>

Title:  <u>Credit Counselor</u>