United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11709-amc |
| Ginevra N Perna | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 15, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ginevra N Perna, 213 Crest Way, King of Prussia, PA 19406-3602 |
| 14486064 | + | LabCorp, 69 1st Ave, Raritan, NJ 08869-1899 |
| 14486066 | | Michael E. Griesemer, 213 Crest Way, King of Prussia, PA 19406-3602 |
| 14486073 | | UHEAA, PO Box 1451110, Salt Lake City, UT 84101-5110 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 16 2025 01:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 16 2025 01:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14486057 | + | Email/Text: bankruptcy@acacceptance.com | Apr 16 2025 01:34:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 14504209 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 01:36:40 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14506576 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 01:36:06 | CVI SGP Acquisition Trust, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14486058 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 01:36:14 | Care Credit - Synchrony, PO Box 965064, Orlando, FL 32896-5064 |
| 14486059 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 16 2025 01:34:00 | Comenity Bank/NewYork & Co., PO Box 182125, Columbus, OH 43218-2125 |
| 14486060 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 16 2025 01:48:22 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14486061 | | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 16 2025 01:37:08 | Exeter Finance Corp, PO Box 166008, Irving, TX 75016-6008 |
| 14487548 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2025 01:36:11 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14501703 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2025 01:48:49 | Exeter Finance LLC c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14486063 | ^ | MEBN | Apr 16 2025 01:27:54 | KML Law Group, 701 Market Street, Suite 5000, BNY Independence Center, Philadelphia, PA 19106-1541 |
| 14486062 | | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 16 2025 01:34:00 | Kay Jewelers/Genesis, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14486065 | | Email/Text: govtaudits@labcorp.com | Apr 16 2025 01:34:00 | LCA Collections, PO Box 2240, Burlington, NC 27216-2240 |
| 14598765 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 01:36:08 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14503879 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 16 2025 01:36:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14486067 | | Email/PDF: bankruptcy_prod@navient.com | Apr 16 2025 01:37:07 | Navient, c/o Navient Solutions, LLC., PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 14489837 | + | Email/Text: bncnotifications@pheaa.org | Apr 16 2025 01:34:00 | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14504715 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 16 2025 01:34:00 | Navient Solutions, LLC., on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14486068 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 16 2025 01:34:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14486069 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2025 01:48:22 | Paypal Credit Services - Synchrony, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 14486070 | ^ | MEBN | Apr 16 2025 01:28:06 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14504157 | | Email/Text: bnc-quantum@quantum3group.com | Apr 16 2025 01:34:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14486071 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 16 2025 01:34:00 | Select Portfolio Servicing, Inc., Att. Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14505814 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2025 01:37:09 | Synchrony Bank, by AIS Infosource, LP, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14504400 | + | Email/Text: bncmail@w-legal.com | Apr 16 2025 01:34:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14486072 | | Email/Text: bncmail@w-legal.com | Apr 16 2025 01:34:00 | Target Credit Services, PO Box 673, Minneapolis, MN 55440-0673 |
| 14506736 | ^ | MEBN | Apr 16 2025 01:28:17 | U.S. Bank NA, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14488090 | ^ | MEBN | Apr 16 2025 01:27:55 | U.S. Bank NA, successor trustee to Bank of America, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14497530 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 16 2025 01:34:00 | UHEAA ON BEHALF OF ECMC, PO BOX 16408, ST PAUL, MN 55116-0408 |
| 14486074 | | Email/Text: bnc-bluestem@quantum3group.com | Apr 16 2025 01:34:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, Et Al... bkgroup@kmllawgroup.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, Et Al... rshearer@raslg.com |
| ROBERT H. HOLBER | on behalf of Debtor Ginevra N Perna rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 52 − 49

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Ginevra N Perna ) Case No. 20−11709−amc
)
)
   Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 15, 2025        For The Court

Timothy B. McGrath
Clerk of Court